# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Antonio Stowe McDaniel,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:05-cr-00014-RJC-1 |
| | ) | 3:16-cv-445-RJC |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 15, 2023 Order.

December 15, 2023

Katherine Hord Simon, Clerk
United States District Court